**Order entered March 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**Nos. 05-21-01114-CV,**
**05-22-00158-CV**

**KELLY M. LIEBBE AND JONATHAN RUTE, Appellants**

**V.**

**STEPHEN COURTNEY, M.D. AND STEPHEN COURTNEY, M.D., P.A.,**
**Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

**ORDER**
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is appellant Kelly M. Liebbe's March 9, 2022 amended emergency motion for temporary relief requesting that the court defer the deadline for appellant's compliance with the trial court's sanctions orders pending resolution of the appeals. Appellant's supersedeas deposit with the trial court clerk suspends enforcement of the appealed sanctions orders while the appeal is pending.

*See* TEX. R. APP. P. 24.1(a)(3), (f); *Chambers v. Pruitt*, 241 S.W.3d 679, 683 (Tex. App.—Dallas 2007, no pet.). Accordingly, we **DENY** appellant's motion.

/s/ Robbie Partida-Kipness
ROBBIE PARTIDA-KIPNESS
JUSTICE